**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6668**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

KENTRAL SMITH, a/k/a Kentral Ward,

              Defendant – Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Aiken. G. Ross Anderson, Jr., Senior District Judge. (6:08-cr-00237-GRA-1)

─────────────

Submitted: September 29, 2009     Decided: October 6, 2009

─────────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kentral Smith, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kentral Smith appeals the district court's order denying his motion challenging the location of his detention. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Smith</u>, No. 6:08-cr-00237-GRA-1 (D.S.C. filed Mar. 11, 2009; entered Mar. 12, 2009).[*] We further deny the motions for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] To the extent Smith seeks to appeal the district court's order entered on September 25, 2008, denying relief on a similar motion, we dismiss the appeal as untimely filed. The district court granted Smith's motion for extension of time to file a notice of appeal of that order, directing him to file the notice of appeal by January 10, 2009. Smith, however, did not file his notice of appeal until April 27, 2009.

2